UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELLIS SCHOUEST, III and JAMES JOSEPH GEORGE, JR. | * | CIVIL ACTION |
| | * | NO. CV-10-00727 |
| versus | * | SECTION |
| BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA, INC.; BP, plc; TRANSOCEAN, LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; CAMERON INTERNATIONAL CORPORATION and HALLIBURTON ENERGY SERVICES, INC. | * | JUDGE TUCKER L. MELANCON |
| | * | MAGISTRATE HILL |
| | * | |
| | * | |

## ORDER

CONSIDERING THE FOREGOING Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation filed by defendants BP Products North America Inc. and BP America Inc. (collectively the "BP Defendants");

IT IS HEREBY ORDERED that the above-captioned action is temporarily stayed until ten (10) days after the date on which the Judicial Panel on Multidistrict Litigation ("JPML") issues an Order deciding the pending motion(s) to transfer and consolidate cases filed in connection or in relation to *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL Docket No. 2179, pursuant to 28 U.S.C. § 1407;

IT IS FURTHER ORDERED that the BP Defendants are hereby required to notify the Court, or cause it to be notified, of the disposition of the Motion to Transfer and/or any related motion before the JPML.

FURTHER ORDERED that counsel for BP defendants shall notify the undersigned by telephone on September 15, 2010 if no transfer has occured.

__Lafayette__, Louisiana, this _12_ day of __May__, 2010.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE